Brittany E. Harmssen (California SBN 307987)
Martin K. LaPointe (IL ARDC# 6195827)
Melissa M. Corica (California SBN 260905)
Cassandra Tran (California SBN 352127)
HARMSSEN LAPOINTE P.C.
111 NORTH MARKET STREET, SUITE 300
SAN JOSE, CA 95113
TELEPHONE: 408-422-5458
FACSIMILE: (408) 332-5858
MCORICA@HARMSSENLAW.COM

Attorneys for Defendant
SAS RESTAURANT VENTURES INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>    vs.<br><br>DENNY'S, INC, a Florida Corporation; MANEK HOLDINGS, LLC, a California limited liability company; SAS RESTAURANT VENTURES INC.; and DOES 2-10,<br><br>    Defendants. | CASE NO. 5:24-cv-00958-SSS-SP<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 13, 2024<br>Current Response Due: September 12, 2024<br>New Response Date: October 11, 2024 |

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff RAUL URIARTE-LIMON (Plaintiff) and Defendant SAS RESTAURANT VENTURES INC. (Defendant), through their undersigned counsel, that Defendant may have a thirty (30) day extension of time, up to and including October 11, 2024, to file an answer or otherwise respond to Plaintiff's

Complaint in the above-captioned action. This stipulation does not extend the time for more than a cumulative total of thirty (30) days from the date the response would have initially been due.

It is so stipulated,

Dated: September 13, 2024

/s/ Melissa M. Corica
Melissa M. Corica
HARMSSEN LAPOINTE P.C.
Attorney for Defendant
SAS RESTAURANT VENTURES INC.

Dated: September 13, 2024

/s/ Matt Valenti
Matt Valenti
Valenti Law
Attorney for Plaintiff RAUL URIARTE-LIMON